01
02
03
04
05
06

07                    UNITED STATES DISTRICT COURT
                     WESTERN DISTRICT OF WASHINGTON
08                             AT SEATTLE

09 BRIAN L. WHEELER,                    )
                                        )   CASE NO. C13-1773-JLR-MAT
10        Plaintiff,                    )
                                        )
11        v.                            )
                                        )   REPORT AND RECOMMENDATION
12 CAROLYN W. COLVIN, Acting            )
   Commissioner of Social Security,     )
13                                      )
          Defendant.                    )
14 _____ )

15        Plaintiff brought this action to seek judicial review of the denial of an application for

16 disability benefits by the Commissioner of the Social Security Administration.  The parties

17 now stipulate this case should be reversed and remanded for further proceedings.  (Dkt. 18.)

18        Based on the stipulation of the parties, the Court recommends this case be REVERSED

19 and REMANDED for further administrative proceedings pursuant to sentence four of 42

20 U.S.C. § 405(g).  On remand, the Administrative Law Judge shall: (1) hold a *de novo* hearing

21 and issue a new decision, and plaintiff may raise any issue and submit additional evidence in

22 support of his claim; (2) update the treatment evidence on plaintiff's medical condition

REPORT AND RECOMMENDATION
PAGE -1

including the examination and report from James Czysz, Psy.D.; (3) articulate how he has evaluated the severity of all medically determinable mental impairments under the special technique; (4) expressly evaluate all of the medical source opinions of record, explaining the weight given to this opinion evidence; (5) further consider plaintiff's residual functional capacity on the updated record, citing specific evidence in support of the assessed limitations; (6) further consider whether plaintiff has past relevant work he could perform with the limitations established by the evidence; (7) as appropriate, secure supplemental evidence from a vocational expert to clarify the effect of the assessed limitations on plaintiff's occupational base; and (8) if necessary, conduct a proper analysis of plaintiff's alcohol abuse in accordance with 20 C.F.R. §§ 404.1535 and 416.935. Also, upon proper application, the Court will consider plaintiff's application for attorneys' fees under the Equal Access to Justice Act, 24 U.S.C. § 2412, *et seq*.

The Court recommends that United States District Judge James L. Robart immediately approve this Report and Recommendation and order the case REVERSED and REMANDED for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). A proposed order accompanies this Report and Recommendation.

DATED this 4th day of April, 2014.

Mary Alice Theiler
Chief United States Magistrate Judge

REPORT AND RECOMMENDATION
PAGE -2